# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **CALIFORNIA**

**FILED**
DEC 06 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

—oOo—

UNITED STATES OF AMERICA
v.
DAVID LOPEZ LILLY

## CRIMINAL COMPLAINT

CASE NUMBER: 5:12-mj-00072 JLT

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. Between on or about **July 26, 2011 and August 6, 2011** in **Kern** County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

- move or travel in interstate or foreign commerce with intent to avoid prosecution under the laws of the State of California for violations of California Penal Code § 187(a) - Murder in the First Degree, California Penal Code § 191.5(a) - Gross Vehicular Manslaughter While Intoxicated, California Vehicle Code § 20001(b)(2) - Hit and Run - Death - Serious Injury, and California Vehicle Code § 23153(a) - DUI Causing Bodily Injury.

in violation of Title **18**, United States Code, Section(s) **1073**. I further state that I am a(n) Special Agent for the Federal Bureau of Investigation and that this complaint is based on the following facts:

- **See Attached Affidavit**

Continued on the attached sheet and made a part of this complaint: **X**

Signature of Complainant
Jose N. Moreno
Special Agent
Federal Bureau of Investigation

Sworn to before me, and signed in my presence
December 6, 2012                   at   Bakersfield, California

Date                                                        City            State

Jennifer L. Thurston    United States Magistrate Judge

Name of Judge           Title of Judge                    Signature of Judge

**AFFIDAVIT**

I, Jose N. Moreno, being duly sworn, do hereby depose and state:

1. I have been a Special Agent with the Federal Bureau of Investigation (FBI), U.S. Department of Justice, since December 30, 2001. I am so employed by the FBI and have participated in investigations of criminal activities to include drug and gang, bank robbery, counterterrorism and unlawful flight to avoid prosecution matters. My current assignment involves violent crimes and gang investigations.

2. I have participated in arrests, search warrants and court proceedings relating to the prosecution of subjects of criminal investigations. Most recently I was stationed in Mexico and participated in various fugitive and drug investigations.

3. This affidavit is made in support of a criminal complaint charging that DAVID LOPEZ LILLY, a Hispanic male, date of birth of May 13, 1987, fled the State of California in interstate or foreign commerce to avoid prosecution for murder in the first degree and three other felonies, in violation of Title 18, United States Code, Section 1073 - Unlawful Flight to Avoid Prosecution.

4. The information that follows is based on information provided to the FBI by the Kern County Office of the District Attorney (KCDA) which is investigating the above state crimes. This affidavit is not an exhaustive enumeration of the facts that I have learned concerning this case, but sets forth the facts which I believe support

a finding of probable cause to issue a criminal complaint and arrest warrant.

5. On September 12, 2012, Judge Michael Bush, Superior Court, County of Kern, State of California, issued a felony arrest warrant, in Case Number BF143959A, for DAVID LOPEZ LILLY for one count of violation of California Penal Code 187(a) - Murder in the First Degree, one count of violation of California Penal Code 191.5(a) - Gross Vehicular Manslaughter While Intoxicated. Additionally, LILLY was charged with two additional felonies, one count of violation of California Vehicle Code 20001(b)(2) - Hit and Run - Death - Serious Injury, and one count of violation of California Vehicle Code 23153(a) - DUI Causing Bodily Injury, and one count of violation of California Vehicle Code 14601(a) - Driving on Revoked License, a misdemeanor. The warrant was issued based on the investigative findings of both the California Highway Patrol and the KCDA.

6. The KCDA provided the FBI with the following information concerning this incident. On July 17, 2011 the California Highway Patrol (CHP) responded to a hit-and-run rear collision on State Route 99 in Delano, Kern County California. An unknown vehicle, occupants unknown at the time, hit a Harley Davidson motorcycle, occupied by Kern High School District Chief of Police Steven Alvidrez and his wife, Ramona Alvidrez, and fled the scene. Alvidrez died at the scene as a result of his injuries. As part of their investigation, CHP collected paint samples from Alvidrez's Harley Davidson motorcycle as well as one suspect vehicle, a 2002 Chevrolet Cavalier. Paint samples were subsequently matched to the 2002 Chevrolet Cavalier owned

2

by LILLY's sister in law, Cindy Ramirez, who was interviewed by investigating officers the following day.

7. On July 18, 2011, Cindy Ramirez was interviewed by investigating officers and indicated that LILLY had been drinking with neighbors on the evening of July 17, 2011. Ramirez indicated that LILLY then took the 2002 Chevrolet Cavalier without her permission to obtain more alcohol. Ramirez further indicated that LILLY later returned to the residence during the early morning hours of July 18, 2012 and seemed clearly intoxicated and had trouble getting out of the vehicle that had visible damage.

8. Subsequent information received by investigating personnel revealed that LILLY began repairing the damages on the vehicle on or about July 19, 2011.

9. On July 26, 2011, KCDA Assistant Chief Tam Hodges and California Highway Patrol Officer Dave Cabrera interviewed LILLY. During the interview, LILLY admitted driving drunk and hitting something on the evening of July 17, 2011. LILLY indicated to interviewing personnel that he could not recall what exactly he hit that night. During the interview, LILLY was accused of running down Steven Val Alvidrez and his wife on Highway 99. Subsequent to this interview, LILLY quit his job and is believed to have left the state of California on or before August 6, 2011. Attempts by KCDA personnel to locate LILLY after his initial interview were unsuccessful as investigating personnel discovered through inquiries at LILLY's place of employment that he had quit his job and left the

area. KCDA investigative personnel later discovered that LILLY left the area in such a hurry after his initial interview, that he left his money in his Bank of America account. Based on their findings, KCDA investigative personnel were able to determine that LILLY left the state of California on or before August 6, 2011. This was confirmed later in the subsequent Grand Jury presentation of LILLY's brother, Tomas Ramirez, who indicated before the Grand Jury that LILLY had left the state of California shortly after his initial interview.

10. On September 12, 2012, the Kern County Grand Jury returned a true bill charging LILLY with the above listed felonies and the misdemeanor. On this same date, the No Bail warrant was issued for LILLY by Judge Bush.

11. During the Grand Jury presentation, LILLY's sister in law, Cindy Ramirez stated that LILLY had left California and was residing with his aunt in Mexico. LILLY's brother, Tomas Ramirez, who also testified before the Grand Jury, indicated that his brother, DAVID LOPEZ LILLY, was currently living with his girlfriend in Mexico when he last had telephonic communications with him. No further information pertaining to the exact whereabouts of LILLY were provided by both Tomas and Cindy Ramirez.

12. In light of the information provided from KCDA, your affiant believes that DAVID LOPEZ LILLY fled to Mexico to escape prosecution, shortly after his interview on July 26, 2011. It is further believed that LILLY is still in Mexico, hiding from law enforcement. Currently there is an arrest warrant for LILLY entered in NCIC for all counts

4

mentioned above. This warrant, BF143959A, was confirmed by your affiant on October 30, 2012.

13. Based upon the forgoing, your affiant believes that there is probable cause to believe that DAVID LOPEZ LILLY fled the State of California in violation of Title 18, United States Code, Section 1073 to avoid prosecution for violations of California Penal Code 187(A) - Murder in the First Degree and other charges mentioned in this complaint.

Jose N. Moreno
Special Agent
Federal Bureau of Investigation

Approved as to form:

/s/Henry Z. Carbajal III
Henry Z. Carbajal III
Assistant United States Attorney

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 6th DAY OF December, 2012.

Jennifer L. Thurston
U.S. Magistrate Judge

5