ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 559-4000
Facsimile:  (559) 559-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  5:12-mj-00072-JLT |
| Plaintiff, | |
| v. | UNITED STATES' MOTION AND [PROPOSED] ORDER FOR DISMISSAL |
| DAVID LOPEZ LILLY, | |
| Defendant. | |

The United States now moves to dismiss the complaint in the above captioned case filed on December 6, 2012, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  The defendant was arrested and the warrant has been returned.

Dated:  February 27, 2026

ERIC GRANT
United States Attorney

By:    /s/  Antonio J. Pataca
ANTONIO J. PATACA
Assistant U.S. Attorney

1

ORDER

The Court hereby orders that the complaint in case number 5:12-mj-00072-JLT, filed on December 6, 2012, be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:     **February 28, 2026**

_____

UNITED STATES DISTRICT JUDGE

2